FILED

13 OCT -1 AM 11: 17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERTO TIRADO-LOPEZ (1), <br><br> Defendant. | CASE NO. 12CR3105-H <br><br> REGISTRATION NO. 84302-198 <br><br> **JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice

_X_ of the offense as charged in the Information:

8 U.S.C. 1326(a) and (b) - Removed Alien Found in the United States.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10-1-13

_____
HON. MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE